IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY K. MORRISON, | Civil No. S-12-1021-EFB |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | ORDER |
| Defendant. | |

After considering the PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, it is hereby ORDERED that an extension to and including November 12, 2012 be granted.

IT IS SO ORDERED this 10th day of October, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

- 1 - (Proposed) ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE #209
MEDFORD, OREGON 97501
(541) 772-9850