```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5     160 Spear Street, Suite 800
       San Francisco, California 94105
 6     Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
 7     Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| KIMBERLY K. MORRISON,<br>          Plaintiff,<br>v.<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>Michael Astrue<br>          Defendant. | Case No. CIV-2:12-cv-01021-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br>G |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 11, 2013, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: December 12, 2012         */s/ Federick H. Lundblade, III*
                                 (as authorized via e-mail)
                                 FEDERICK H. LUNDBLADE, III
                                 Attorney for Plaintiff

                    BENJAMIN WAGNER
                    United States Attorney

Dated: December 12, 2012      By */s/ Elizabeth Barry*
                    ELIZABETH BARRY
                    Special Assistant U.S. Attorney
                    Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 13, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2