1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11

12  KIMBERLY K. MORRISON,              )
                                       )   Case No.  CIV-2:12-cv-01021-EFB
           Plaintiff,                  )
13                                     )   STIPULATION AND PROPOSED ORDER
           v.                          )   FOR A SECOND EXTENSION FOR
14                                     )   DEFENDANT TO FILE NOTICE, MOTION,
    COMMISSIONER OF                    )   AND MEMORANDUM IN SUPPORT OF
15  SOCIAL SECURITY,                   )   CROSS-MOTION FOR SUMMARY
    Michael Astrue                     )   JUDGMENT AND IN OPPOSITION TO
16                                     )   PLAINTIFF'S MOTION FOR SUMMARY
           Defendant.                  )   JUDGMENT
17                                     )
    _____)
18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 30-day extension, or until February 11, 2013, in which to file

21  his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's second request for an extension of time in this matter. This request is made as

24  a result of a realignment of work in the office of the undersigned counsel of record for the Defendant

25  and is not intended to cause intentional delay.

26                                         Respectfully submitted,

27  Dated: January 11, 2013               */s/ Federick H. Lundblade, III*
                                          (as authorized via e-mail)
28                                        FEDERICK H. LUNDBLADE, III
                                          Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: January 11, 2013

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

DATED:  January 14, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2