1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                   UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA
                        **SACRAMENTO DIVISION**
11
   KIMBERLY K. MORRISON,            )
12                                   )   Case No.  CIV-2:12-cv-01021-EFB
              Plaintiff,             )
13                                   )   STIPULATION AND PROPOSED ORDER
        v.                           )   FOR A SECOND EXTENSION FOR
14                                   )   DEFENDANT TO FILE NOTICE, MOTION,
   COMMISSIONER OF                   )   AND MEMORANDUM IN SUPPORT OF
15 SOCIAL SECURITY,                  )   CROSS-MOTION FOR SUMMARY
   Michael Astrue                    )   JUDGMENT AND IN OPPOSITION TO
16                                   )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.             )   JUDGMENT
17                                   )
   _____   )
18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until February 11, 2013, in which to file

21 his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's second request for an extension of time in this matter. This request is made as

24 a result of a realignment of work in the office of the undersigned counsel of record for the Defendant

25 and is not intended to cause intentional delay.

26                                 Respectfully submitted,

27 Dated: January 11, 2013          */s/ Federick H. Lundblade, III*
                                    (as authorized via e-mail)
28                                  FEDERICK H. LUNDBLADE, III
                                    Attorney for Plaintiff

|   |   |   |
|---|---|---|
| 1 |  |  |
| 2 |  | BENJAMIN WAGNER<br>United States Attorney |
| 3 | Dated: January 11, 2013 | By */s/ Elizabeth Barry* |
| 4 |  | ELIZABETH BARRY<br>Special Assistant U.S. Attorney |
| 5 |  | Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

DATED:  January 14, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2