UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY K. MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:12-cv-1021-EFB<br><br><br>ORDER TO SHOW CAUSE |

On September 30, 2013, the court denied plaintiff's motion for summary judgment, granted defendant's cross-motion for summary judgment, and entered judgment accordingly. ECF Nos. 22, 23. On October 30, 2013, plaintiff filed a motion to amend the judgment. ECF No. 24. On the same date, the court issued a minute order directing defendant to file a response to plaintiff's motion within 21 days.

As of the date of this order, defendant has not filed a response to plaintiff's motion or otherwise responded to the court's October 30, 2013 order. Therefore, defendant is order to show cause, in writing, on or before May 14, 2014, why sanctions should not be imposed for her failure to comply with the court's October 30, 2013 order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

1

Accordingly, it is hereby ORDERED that:

1. Defendant shall show cause, in writing, no later than May 14, 2014, why sanctions should not be imposed for failure to comply with the October 30, 2013 order;

2. On or before May 14, 2014, defendant shall file a response to plaintiff's motion to amend the judgment; and

3. Plaintiff may file a reply to defendant's response on or before May 21, 2014.

DATED: April 30, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2